EXHIBIT 2

## IN THE DISTRICT COURT OF PITTSBURG COUNTY
## STATE OF OKLAHOMA

SHEPPARD LOGISTICS, LLC,  )
      Plaintiff,  )  Case No.: CJ-23-217
  )
v.  )
  )
  )
PROGRESSIVE NORTHERN  )
INSURNACE CO, and  )
INDEPENDENT INSURANCE  )
AGENCY, LLC, Defendants.  )

### PETITION

COMES NOW the Plaintiff and for its causes of actions against the Defendants states the following;

1. Plaintiff is a trucking company with its primary place of business in Pontotoc County, OK.

2. Defendant Progressive Northern Insurance Co is a national insurer of many kinds of vehicles domiciled outside of the State of Oklahoma.

3. Defendant Independent Insurance Agency, LLC is a business engaged in the business of selling insurance and has its primary place of business in Pittsburg Co, OK.

4. Plaintiff bought insurance for the trucks it drives for its business from Defendant Progressive Northern Insurance Co through Defendant Independent Insurance Agency, LLC in the case the trucks are in a collision and property damage is incurred.

5. On August 25, 2023 one of Plaintiff's trucks was in a collision and sustained property damage and the insurance that Plaintiff bought from the Defendants was in effect.

6. Defendant Progressive denied the claim Plaintiff made to cover the August 25, 2023 collision for property damage.

7. Defendant Progressive claims to have not been on notice that the truck that was in the collision was part of Plaintiff's fleet, therefore Defendant Progressive is not responsible to

pay property damage that arose from the August 25, 2023 collision per Defendant Progressive's policy.

8. Plaintiff asserts that there are provisions in the Defendant Progressive's policy that demand Defendant Progressive pay for the property damage sustained by Plaintiffs truck and any other vehicles in the subject collision.

9. Plaintiff also alleges that the insurance agent who Plaintiff bought the Progressive policy from, Defendant Independent Insurance Agency, LLC, was made aware of the truck that was in the subject collision as being part of Plaintiff's fleet before the subject collision occurred.

10. Due to Defendant Progressive's wrongful denial of insurance coverage to Plaintiff, Plaintiff sustained damages in the form of actual damages for repairs of their truck, attorney fees, loss of income and other actual damages and pain and suffering damages.

11. Due to Defendant Independent Insurance Agency, LLC's failure to notify Defendant Progressive Northern Insurance Co that the truck that was the subject of the August 25, 2023 collision was part of Plaintiff's fleet, Plaintiff suffered damages in the form of actual damages for repairs of their truck, attorney fees, loss of income and other actual damages and pain and suffering damages.

WHEREFORE premises considered Plaintiff moves for judgement against Defendants for actual damages, pain and suffering damages, punitive damages, and any other remedy this Court deems just and reasonable.

Respectfully Submitted,

Joseph M Norwood, OBA # 19993
1717 S. Cheyenne Ave.

Tulsa, OK 74119
Off. & Fax (918) 582-6464
Joe@Norwood.Law