UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHEPPARD LOGISTICS, LLC,              )
                                     )
            Plaintiff,                )
                                     )
v.                                    )    Case No.: 24-CV-177-GLJ
                                     )
PROGRESSIVE NORTHERN                  )
INSURANCE COMPANY, and                )
INDEPENDENT INSURANCE                 )
AGENCY, LLC,                          )
                                     )
            Defendants.               )

**DEFENDANT, PROGRESSIVE NORTHERN
INSURANCE COMPANY'S, DEMAND FOR JURY TRIAL**

Pursuant to LCvR 81.1, Defendant, Progressive Northern Insurance Company, hereby

demands a trial by jury as to all issues in this matter still remaining after the dispositive motion stage.

Respectfully submitted,

*s/ Brad L. Roberson*
Brad L. Roberson, OBA No. 18819
Timothy J. Prentice, OBA No. 22689
Blake T. Burns, OBA No. 34621
ROBERSON, KOLKER, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
Telephone:    405-606-3333
Facsimile:    405-606-3334
Email:       brad@rkclaw.com
             tj@rkclaw.com
             blake@rkclaw.com
**ATTORNEYS FOR DEFENDANT,
 PROGRESSIVE NORTHERN
 INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John J. Bowling, Esquire
Jeff D. Scott, Esquire

## CERTIFICATE OF SERVICE

This certifies that on May 23, 2024, the above and foregoing instrument was delivered to the following parties:

Joseph M. Norwood, Esquire          *VIA U.S. MAIL AND EMAIL*
1717 South Cheyenne Avenue
Tulsa, Oklahoma 74119
Telephone:    918-582-6464
Facsimile:    918-582-6464
Email:        joe@norwood.law
**ATTORNEYS FOR PLAINTIFF**


*s/ Brad L. Roberson*
For the Firm

2