# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

SHEPPARD LOGISTICS, LLC,   )
)
)
      **Plaintiff,**   )
)
v.   )   Case No. 24-CIV-177-RAW
)
PROGRESSIVE NORTHERN   )
INSURANCE COMPANY, et al.,   )
)
)
)
)
)
      **Defendants.**   )

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, dated July 18, 2024. The Magistrate Judge recommended denial of the plaintiff's motion to remand to state court. No objections have been filed, and the time for doing so has elapsed. The court has satisfied itself that there is "no clear error on the face of the record." Rule 72 F.R.Cv.P., Advisory Committee Notes.

It is the order of the court that the Report and Recommendation (#31) is affirmed and adopted as the order of the court. The plaintiff's motion to remand (#20) is hereby denied.

      **ORDERED THIS 6th DAY OF AUGUST, 2024.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**