IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHEPPARD LOGISTICS, LLC,                  )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        Case No. 24-cv-177-RAW-GLJ
                                          )
PROGRESSIVE NORTHERN INSURANCE            )
COMPANY and INDEPENDENT                   )
INSURANCE AGENCY, LLC,                    )
                                          )
            Defendants.                   )

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PROGRESSIVE NORTHERN INSURANCE COMPANY AND INDEPENDENT INSURANCE AGENCY, LLC**

Pursuant to Rule 41(a)(1)((ii) of the Federal Rules of Civil Procedure, Plaintiff, SHEPPARD LOGISTICS, LLC ("Plaintiff") and Defendants, PROGRESSIVE NORTHERN INSURANCE COMPANY, and INDEPENDENT INSURANCE AGENCY, LLC jointly stipulate to the dismissal **with** prejudice of this action as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

WHEREFORE, Plaintiff and Defendants pray that this suit be dismissed with prejudice, and that each party bear its own attorneys' fees and costs of court.

DATED:        September 17, 2024

**READ AND APPROVED BY:**

*s/ Brad L. Roberson*
Brad L. Roberson, OBA No. 18819
Timothy J. Prentice, OBA No. 22689
Blake T. Burns, OBA No. 34621
ROBERSON, KOLKER, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
Telephone: 405-606-3333
Facsimile: 405-606-3334
Email: brad@rkclaw.com
tj@rkclaw.com
blake@rkclaw.com
**ATTORNEYS FOR DEFENDANT,**
**PROGRESSIVE NORTHERN**
**INSURANCE COMPANY**

*s/ Jason Waddell*
Jason Waddell, OBA No. 30761
JASON WADDELL, PLLC
222 Northwest 13th Street
Oklahoma City, Oklahoma 73103
Telephone: 405-232-5291
Facsimile: 405-708-7871
Email: jason@jasonwaddelllaw.com
**ATTORNEYS FOR PLAINTIFF**

*s/ John J. Bowling*
John J. Bowling, OBA No. 16811
Jeff D. Scott, OBA No. 33608
Aston | Mathis | Campbell, PLLC
2642 East 21st Street, Suite 250
Tulsa, Oklahoma 74114
Telephone: 918-949-9966
Facsimile: 918-949-9968
Email: jbowling@amlawok.com
lstockton@amlawok.com
**ATTORNEYS FOR DEFENDANT,**
**INDEPENDENT INSURANCE AGENCY,**
**LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brad Roberson
Timothy J. Prentice
Blake T. Burns
Joseph M. Norwood
John J. Bowling
Jeff D. Scott

s/ Jason Waddell
Jason Waddell