**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

SHEPPARD LOGISTICS, LLC,

        Plaintiff,

vs.             Case No.: 24-CV-177-RAW-GLJ

PROGRESSIVE NORTHERN INSURANCE COMPANY
AND INDEPENDENT INSURANCE AGENCY, LLC,

        Defendant.

## ORDER OF JOINT DISMISSAL WITH PREJUDICE

In light of the filing of the parties' Joint Stipulation of Dismissal with Prejudice as to Progressive Northern Insurance Company and Independent Insurance Agency, LLC [Docket No. 38],  IT IS ORDERED:

   The Clerk of the Court is directed to dismiss this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED this 17th day of September, 2024.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE